# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

    v.                     *        Criminal Action No. RDB-07-00153

LARRY JOHNSON,         *

    Defendant.        *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## MEMORANDUM ORDER

On March 29, 2007, Defendant Larry Johnson was charged in a three-count indictment. (Indictment, ECF No. 1.) Count 1 alleged possession with intent to distribute a controlled substance, 21 U.S.C. § 841; Count 2 alleged possession of a firearm in furtherance of a drug trafficking crime, 18 U.S.C. § 924(c); and Count 3 alleged felon in possession of a firearm, 18 U.S.C. § 922(g). (*Id.*) At the conclusion of a three-day jury trial commencing on September 4, 2007, Johnson was convicted on all counts. (Jury Verdict, ECF No. 57.) This Court imposed a 360-month sentence. (Judgment, ECF No. 60.) On August 14, 2020, Johnson filed a Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), principally citing chronic kidney disease, hypertension, hyperlipidemia, and the increased risk of complications if he were to contract COVID-19. (ECF No. 173). This Court found there were extraordinary and compelling reasons for release and considered his motion. (ECF No. 183 at 5.) However, this Court also found in consideration of the sentencing factors provided in 18 U.S.C. § 3553(a) that Johnson did not meet the requirements for immediate release. (*Id.* at 11-12.) Accordingly, this Court did not order Johnson's immediate release and instead reduced his sentence to 300 months. (*Id.* at 12.)

On December 18, 2020, Johnson filed a second Motion for Compassionate Release, again arguing that there are extraordinary and compelling reasons for his release due to his medical conditions which put him at risk of severe illness if he were to contract COVID-19. (ECF No. 184.)  This Court's position has not changed.  While there exist extraordinary and compelling reasons for this Court to consider Johnson's release, he does not meet the other eligibility criteria for release pursuant to the factors set forth in 18 U.S.C. § 3553(a).

For these reasons, it is HEREBY ORDERED this 14th Day of January, 2021, that Defendant Johnson's Motion for Compassionate Release (ECF No. 184) is DENIED.

_____/s/_____
Richard D. Bennett
United States District Judge